UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMES K. BELT
    DOC #325261

CIVIL ACTION
SECTION "P"
No. 3:09-CV-1030

VERSUS

JAMES M. LEBLANC, et al.

JUDGE JAMES T. TRIMBLE
MAGISTRATE JUDGE JAMES D. KIRK

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

Based on the foregoing, IT IS RECOMMENDED that the claims against Troy Poret raised in LSP-2009-3448 be DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER RECOMMENDED that defendants' motion for summary judgment (Doc. 21) be GRANTED and Belt's remaining claims against all defendants be DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED at Alexandria, Louisiana this 14th day of June, 2011.

JAMES T. TRIMBLE
UNITED STATES DISTRICT JUDGE